1 **ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JOSE ALONZO-ARROYO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-108 AWI |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND |
| vs. | **ORDER** |
| JOSE ALONZO-ARROYO, AKA ANTONIO ARROYO-AGUSTIN | Date: February 13, 2012 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, that the status conference currently scheduled for Monday, January 30, 2012, **be continued to Monday, February 13, 2012, at 10:00 a.m.** This continuance is requested based on upon the fact that the attorney for the Defendant herein needs additional time for preparation and investigation of the case.

Counsel for Defendant has been in contact with Assistant United States Attorney, Ian Garriques, who has no objection to this continuance.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best

interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: January 25, 2012.

                                  NUTTALL COLEMAN & WILSON

                                  By: /s/ Roger T. Nuttall
                                      ROGER T. NUTTALL
                                      Attorneys for Defendant
                                      EDWARD JOSEPH GREEN

DATED: January 25, 2012.    BENJAMIN B. WAGNER
                                      United States Attorney

                                  By: /s/ Ian Garriques
                                      IAN GARRIQUES
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## **O R D E R**

IT IS SO ORDERED.

Dated:     January 25, 2012
                    CHIEF UNITED STATES DISTRICT JUDGE