**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JOSE ALONZO-ARROYO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-108 OWW |
|---|---|
| Plaintiff, | STIPULATION TO SET HEARING ON ENTRY OF PLEA |
| vs. | **ORDER** |
| JOSE ALONZO-ARROYO, AKA ANTONIO ARROYO-AGUSTIN | Date: March 12, 2012 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, that a hearing for the formal entry of plea be scheduled for Monday, March 12, 2012, at 10:00 a.m. in Courtroom 2.

The setting of a hearing for formal entry of plea is requested based on upon the fact that the defendant herein as signed a Memorandum of Plea Agreement in this case.

Counsel for Defendant has been in contact with Assistant United States Attorney, Ian Garriques, who has no objection to the setting of said hearing.

The parties stipulate and agree that the interests of justice served by the setting of this hearing.

NUTTALL COLEMAN & WILSON
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900

It is your Declarant's opinion that the setting of said hearing as requested shall not prejudice any party concerned with this matter.

DATED: March 8, 2012.

                    NUTTALL COLEMAN & WILSON

                    By: /s/ Roger T. Nuttall
                        ROGER T. NUTTALL
                        Attorneys for Defendant
                        EDWARD JOSEPH GREEN

DATED: March 8, 2012.      BENJAMIN B. WAGNER
                        United States Attorney

                    By: /s/ Ian Garriques
                        IAN GARRIQUES
                        Assistant U.S. Attorney
                        Attorney for Plaintiff

## **O R D E R**

IT IS SO ORDERED.

Dated: March 8, 2012

CHIEF UNITED STATES DISTRICT JUDGE